1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
     450 Golden Gate Avenue Box 36055
6    San Francisco, CA 94102
     Telephone: (415) 436-6767
7
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05–00655 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER FOR SPEEDY TRIAL EXCLUSION |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

The United States of America, by undersigned counsel, and defendant Guindi N. Guindi, through his counsel, Christopher Cannon, hereby agree and stipulate that the matter shall be set on the calendar of Hon. Jeffrey S. White on December 15, 2005, at 2 pm. The parties further agree that the period November 18, 2005, to December 15, 2005, is excludable within the meaning of 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

STIPULATION AN D [PROPOSED] ORDER
CR 05–00655 JSW                                    1

This matter was heard on November 18, 2005. At this hearing, the parties stipulated and agreed to—and the Court made—the following findings:

1. This matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because of the nature of the prosecution, and in light of this complexity, it would be unreasonable to expect adequate preparation for pretrial proceedings and trial without the requested exclusion.

2. Counsel for the defendant further has other work commitments between now and December 15, 2005. Thus, even if the matter were not "complex," denying the defendant the requested continuance would unreasonably deprive the defendant of continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Date: NOV 2 3 2005

_____
MICHAEL LI-MING WANG
Assistant United States Attorney

Date: _____

_____
CHRISTOPHER CANNON
Counsel for Defendant Guindi N. Guindi

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be set on calendar on December 15, 2005, for status. IT IS FURTHER ORDERED that the period November 18, 2005, to December 15, 2005, is excludable time within the meaning of 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv).

Date: _____

_____
HON. NADOR VADAS
UNITED STATES MAGISTRATE JUDGE

1  This matter was heard on November 18, 2005. At this hearing, the parties
2  stipulated and agreed to—and the Court made—the following findings:
3      1.    This matter is "complex" within the meaning of 18 U.S.C. §
4  3161(h)(8)(B)(ii) because of the nature of the prosecution, and in light of this complexity,
5  it would be unreasonable to expect adequate preparation for pretrial proceedings and trial
6  without the requested exclusion.
7      2.    Counsel for the defendant further has other work commitments between
8  now and December 15, 2005. Thus, even if the matter were not "complex," denying the
9  defendant the requested continuance would unreasonably deprive the defendant of
10 continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Date: NOV 23 2005

MICHAEL LI-MING WANG
Assistant United States Attorney

Date: 11/23/2005

CHRISTOPHER CANNON
Counsel for Defendant Guindi N. Guindi

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be set on calendar on December 15, 2005, for status. IT IS FURTHER ORDERED that the period November 18, 2005, to December 15, 2005, is excludable time within the meaning of 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv).

Date: December 2, 2005



HON. Edward M. Chen
MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 05-00655 JSW