CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 05-00655-JSW |
| ) | |
| Plaintiff, ) | ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| v. ) | |
| ) | |
| GUINDI N. GUINDI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The bond previously set at one million dollars to be secured by $420,000.00 worth of cash and property in this case is hereby reduced to an amount of $500,000.00, to be secured by a combination of cash and property totaling $370,000.00.

When the Clerk of the Court receives an additional $30,000.00 and the United States Attorney receives and approves an Amended Mortgage in the amount of $320,000.00 reflecting the complete parcel number, 60-43-40-30-<u>14-000-2040</u> (the underlined digits having been omitted from the Mortgage dated December 2, 2005), and proof that the Amended Mortgage has been forwarded to the Palm Beach County Clerk

ORDER MODIFYING CONDITIONS OF RELEASE

1

and Controller's Office, the Clerk shall call the Marshall's Office and direct the release of Guindi Guindi in accordance with the previously imposed conditions of release.

SO ORDERED.

Date: 12/7/05

The Honorable Nandor Vadas
United States Magistrate Judge