KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6767

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> GUINDI N. GUINDI, ) <br> ) <br>    Defendant. ) <br> ) <br>_____ ) | No. CR 05–00655 JSW <br><br><br> [PROPOSED] ORDER FOR SPEEDY TRIAL EXCLUSION |

     On December 8, 2005, the Court set the matter over to January 26, 2006, for trial setting.

     Counsel for the United States will be out of town the entire week of January 23, 2006, on official travel. Specifically, counsel will be teaching Trial Advocacy to new Assistant United States Attorneys at the Department of Justice's National Advocacy Center in Columbia, South Carolina. Accordingly, the United States respectfully requests that the Court reschedule the hearing date from January 26, 2006, to February 2, 2006.

[PROPOSED] ORDER
CR 05–00655 JSW             1

Counsel for the defense does not oppose this request, and he will be available on February 2, 2006.

The United States is separately submitting a proposed order confirming the Court's finding in open court that this case is "complex" for Speedy Trial purposes, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii), and confirming as well the Court's order in open court that Speedy Trial time be excluded between December 8, 2005, and January 26, 2006.

                Respectfully submitted,

                KEVIN V. RYAN
                United States Attorney

Date  January 6, 2006        /s/
                MICHAEL LI-MING WANG
                Assistant United States Attorney

Date:  January 6, 2006       /s/
                CHRISTOPHER CANNON
                Counsel for Defendant Guindi N. Guindi

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be continued from January 26, 2006, to February 2, 2006.

DATED: January 6, 2006

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER
CR 05-00655 JSW        2