1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street
   Suite 2080
3  San Francisco, CA 94104
   Telephone: 415-362-6252
4  Facsimile: 415-677-9445

5  Attorney for Defendant GUINDI N. GUINDI

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,          )   No.   CR 05-00655-JSW
                                      )
12      Plaintiff,                    )
                                      )   STIPULATION AND
13      v.                            )   [~~PROPOSED~~] ORDER
                                      )   MODIFYING CONDITION OF
14                                    )   BOND
   GUINDI N. GUINDI,                  )
15                                    )
        Defendant.                    )   Honorable Nandor Vadas
16                                    )
                                      )
17

18
        IT IS HERBY ORDERED THAT Guindi Guindi may travel though-out Texas.
19

20

21      IT IS SO STIPULATED.

22

23 Date: 2-2-06                            _____
                                           Christopher J. Cannon
24                                         Counsel for Guindi Guindi

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITION OF BOND - 1

1
2  Date: 2/2/06
3
_____
Michael Wong
Assistant United States Attorney

4
5
6
7   SO ORDERED.
8
9
10  Date: 2/6/06
11
_____
The Honorable Nandor Vadas
United States Magistrate Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITION OF BOND - 2