CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 05-00655-JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL** |
| | ) | |
| v. | ) | |
| | ) | Trial Setting/Further Status |
| GUINDI N. GUINDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Due to the illness of Guindi Guindi it is stipulated and greed by and between Trial Setting/Further Status conference the undersigned parties to continue the pretrial presently scheduled for March 23, 2006 to April 27, 2006.  The parties agree that time from February 2, 2006 until April 27, 2006 will be excluded from calculation of time limits under Speedy Trial Act under 18 U.S.C. §§ 3161 (h)(3)(A) and (h)(8)(A).

IT IS SO STIPULATED.

Date: 3/16/06                                                         /S/
                                                       Christopher J. Cannon
                                                       Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL
No. CR 05-00655-JSW

1
2
3  Date: 3/16/06                                          /S/
4                                               Michael Wang
                                                Assistant United States Attorney
5
6
7        SO ORDERED.
8
9
10
11  Date: March 17, 2006
                                                _____
12                                              The Honorable Jeffrey S. White
                                                Untied States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL
No. CR 05-00655-JSW