1 | CHRISTOPHER J. CANNON, State Bar No. 88034
  | Sugarman & Cannon
2 | 44 Montgomery Street, Suite 2080
  | San Francisco, CA 94104-6702
3 | Telephone: 415/362-6252
4 | Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | [PROPOSED] **ORDER TO** |
| v. | ) | **CONTINUE PRETRIAL** |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

Due to the illness of Guindi Guindi it is hereby stipulated and agreed by and between the undersigned parties to continue the pretrial presently scheduled for April 27, 2006 to June 22, 2006. The parties agree that time from February 2, 2006 until June 22, 2006 will be excluded from calculation of time limits under Speedy Trial Act under 18 U.S.C. §§ 3161 (h)(3)(A) and (h)(8)(A).

IT IS SO STIPULATED.

Date: 4/25/06                                /S/
                                    Christopher J. Cannon
                                    Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL
No. CR 05-00655-JSW

1
2
3 Date: APR 2 6 2006
4
5
6
7 _____
Michael Wang
Assistant United States Attorney

7 SO ORDERED.
8
9
10 Date: April 27, 2006
11
12 _____
The Honorable Jeffrey S. White
Untied States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL
No. CR 05-00655-JSW

# Digestive Specialists, P.A.

Lynn R. Copeland, MD, FACP, FACG
Abraham Winkelstein, MD, MS
Anna M. Gonzales, MD
A. Tarkan Dural, MD

Diplomate
American Board of Internal Medicine
American Board of Internal Medicine in Gastroenterology

Members
American College of Gastroenterology
American Gastroenterological Association
American Society for Gastrointestinal Endoscopy

A. Tarkan Dural, MD

April 12, 2006

Mr. Guindi Guindi is a patient under my care since his hospitalization in March 2006. Mr. Guindi was diagnosed with severe acute pancreatitis. The severity of Mr. Guindi condition is fatal over 50% of the times and requires rest and consistent follow up for months. In order to render an accurate prognosis and predict the necessary course for treatment or the possible need for surgery or transplant more test and examinations are to be conducted during the next few weeks.

Although Guindi continues to recover, it is a slow process and the cause of the onset of the pancreatitis is not known. Due to the extent of the inflammation and the severity of the situation many of the original 'scans' were cloudy, adequate for a diagnosis but not clear enough to distinguish tumors, cysts, or other possible causes. New tests will be performed on the gall bladder, pancreas and blood.

Acute pancreatitis is a very severe life threatening condition. Until a cause is determined and cured or a containement the condition can return any time. Mr. Guindi pancreas is in the healing process; it is a very slow and painful process. It is affecting his digestive system and all the associated organs. Stress, diabetes and his ongoing cardio issues further aggravate the situation.

After the first hospitalization, Mr. Guindi suffered from an onset of ketoacidosis. DKA is an extremely dangerous condition that occurs as a consequence of severe out-of-control hyperglycemia with is the result of the pancreas failing to produce and deliver adequate amount of insulin. As a result of Ketoacidosis Mr. Guindi suffered extreme muscle wasting wish weakened his body. Fatigue is one of the results of this condition.

I recommended that Mr. Guindi, while following all prescribed treatment and conducting all test rest for two months, engage in minimal activity especially ones that have physical or emotional stress. During this time a comprehensive prognosis will be conducted and necessary actions would be determined.

A. Tarkan Dural, MD

*[signature]*

111 Vision Park Blvd., Suite 150 • Shenandoah, Texas 77384 • Office: (936) 321-0033 • Fax: (936) 321-0032
17200 Red Oak Drive, Suite 204 • Houston, Texas 77090