1  CHRISTOPHER J. CANNON, State Bar No. 88034
   ~~Sugarman & Cannon~~
2  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104-6702
3  Telephone: 415/362-6252
4  Facsimile: 415/677-9445

5  Attorney for Defendant GUINDI N. GUINDI

6
                        UNITED STATES DISTRICT COURT
7
8                     NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA          )      No. CR 05-00655-JSW
                                     )
10                                   )
       Plaintiff,                    )      **APPLICATION AND**
11                                   )      **STIPULATION AND**
                                     )      **[PROPOSED] ORDER TO**
12     v.                            )      **CONTINUE** ~~PRETRIAL~~
                                     )
13 GUINDI N. GUINDI,                 )      Trial Setting/Status Conference
                                     )
14                                   )
       Defendant.                    )
15                                   )
                                     )
16 _____ )

17

18     As we have previously informed the Court, Guindi has been extremely ill and has
19
20 been unable to assemble additional business records which are important to his defense.  In
21 order to refresh the Court's recollection of Guindi's symptoms, we are attaching to this
22 Application a letter from Takan Dural M.D. which states that Guindi suffers from "severe
23
24 acute pancreatitits.  The severity of Mr. Guindi's condition is fatal over 50% of the times
25 and requires rest and consistent follow-up for months."  On April 12, Dr. Dural
26 recommended two months of rest bed and the avoidance of any activity that could cause
27
28 physical or emotional stress.  During that period, the defense has been unable to do

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ~~PRETRIAL~~  Trial Setting/Status Conference
No. CR 05-00655-JSW

1  significant additional trial preparation because Guindi has been unavailable to assemble

2  records and consult with counsel.  Guindi's heath is now improving and his doctors have

3  given him permission to again begin preparing his defense, and that process has now

4
5  begun.  On Friday, June 16, 2006, as soon as he was cleared by his doctors, Guindi meet

6  with counsel for 4 and one half hours; and provided counsel with additional documents and

7  information that counsel must review and follow-up in order to prepare a defense.  Barring

8
9  additional health setbacks, we hope that in the next six weeks, Guindi's health will be

10 sufficiently improved so that the task of assembling old business records, disclosing those

11 records to defense counsel and having defense counsel review and disclose to the

12
13 government relevant documents the defense intends to use in our case in chief will be

14 substantially completed.

15     If Guindi's health remains stable, both parties hope that at the next pretrial date we

16 will be able to set dates for the expeditious resolution of this case.

17
18     /

19     /

20     /

21     /

22     /

23     /

24     /

25     /

26     /

27     /

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL Trial Setting/Status Conference
No. CR 05-00655-JSW

2 of 2

1  Accordingly, due to the illness of Guindi Guindi it is stipulated and agreed by and

2  between the undersigned parties to continue ~~the pretrial~~ Trial Setting/Status Conference presently scheduled for June 22

3  2006 to August 17, 2006.  The parties agree that time from June 22, 2006 until August 17,

4  2006 will be excluded from calculation of time limits under Speedy Trial Act under 18

5

6  U.S.C. § 3161(h)(3)(A).

7

8  IT IS SO STIPULATED.

9

10

11  Date: June 19, 2006
                                        _____/S/_____
                                        Christopher J. Cannon
12                                      Counsel for Guindi Guindi

13

14

15  Date:    JUN 2 0 2006
                                        _____
16                                      Michael Wang
                                        Assistant United States Attorney
17

18

19  SO ORDERED. The parties are ORDERED to submit a separate order documenting
                 the exclusion of time.
20

21

22
   Date: June 21, 2006
23                                      _____
                                        The Honorable Jeffrey S. White
24                                      United States District Judge

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE ~~PRETRIAL~~ Trial Setting/Status Conference
No. CR 05-00655-JSW