KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6767

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05–00655 JSW |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR SPEEDY TRIAL EXCLUSION |
| GUINDI N. GUINDI, ) | |
|    Defendant. ) | |

     On June 21, 2006, upon the stipulation of the parties, the Court entered an order continuing the matter from June 22, 2006, to August 17, 2006.  The parties now hereby stipulate and agree that the period June 22, 2006, to August 17, 2006, is excludable within the meaning of 18 U.S.C. §§ 3161(h)(3)(A), 3161(h)(8)(A), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv).

     Specifically, the parties stipulate and agree to the following:

     1.    Defendant was hospitalized earlier this year with severe acute pancreatitis, a potentially fatal ailment.  While the defendant's condition has improved, his doctors have

emphasized the ongoing need for minimizing stressful activities and continuing treatment. The parties agree and stipulate that there is excludable time for the defendant's unavailability, within the meaning of 18 U.S.C. § 3161(h)(3)(A).

2.  Because of the defendant's illness, defense counsel has had minimal opportunity to prepare his defense. The parties agree and stipulate that failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

3.  Finally, this Court has previously made written findings that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because of the nature of the prosecution. Specifically, the Indictment alleges a relatively complex scheme to defraud investors, and the government has produced more than 7,500 pages of discovery in connection with the prosecution. The parties stipulate and agree that, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), it would be unreasonable to expect adequate preparation for pretrial proceedings and trial without the requested exclusion.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Date: June 21, 2006      /S/ Michael Li-Ming Wang
                         MICHAEL LI-MING WANG
                         Assistant United States Attorney

Date: June 22, 2006      /S/ Christopher J. Cannon
                         CHRISTOPHER J. CANNON
                         Counsel for Defendant

CR 05–00655 JSW                    2

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that all time from June 22, 2006, to August 17, 2006, shall be excluded in computing the time within which trial in this matter must commence. Specifically, the Court makes the following findings:

1. Based on the parties' stipulation, the Court finds that there is excludable time due to the defendant's unavailability, within the meaning of 18 U.S.C. § 3161(h)(3)(A).

2. The Court further finds, based on the stipulation of the parties and pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by ordering this continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds that failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

3. The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), that this matter is "complex" because of the nature of the prosecution, and that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial without the requested exclusion.

IT IS SO ORDERED.

DATED: June 23, 2006

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE