JUN-21-2006 17:52                                                                    P.01/02

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

**FILED**

JUN 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00655-JSW |
|---|---|
| Plaintiff, | ) **STIPULATION AND** |
| v. | ) **[PROPOSED] ORDER** |
| | ) **ALLOWING TRAVEL** |
| GUINDI N. GUINDI, | ) |
| Defendant. | ) |

So that Guindi may attend a family reunion at the residence of his mother in law that has been posted for bail in this case,

IT IS HERBY ORDERED THAT

Guindi may travel to Florida leaving June 22, 2006 and returning June 28, 2006.

IT IS SO STIPULATED.

Date: June 19, 2006                                         /S/
                                                  Christopher J. Cannon
                                                  Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] REGARDING TRAVEL
No. CR 05-00655-JSW

1 of 2

1
2
3   Date:   JUN 2 1 2006

_____
Michael Wang
Assistant United States Attorney

4
5
6
7   SO ORDERED.
8
9
10  Date: June 22, 2006

_____
The Honorable Nandor Vadis
United States Magistrate Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] REGARDING TRAVEL
No. CR 05-00655-JSW

TOTAL P.02