| | |
|---|---|
| 1 | CHRISTOPHER J. CANNON, State Bar No. 88034 |
| | Sugarman & Cannon |
| 2 | 44 Montgomery Street, Suite 2080 |
| | San Francisco, CA 94104-6702 |
| 3 | Telephone: 415/362-6252 |
| 4 | Facsimile: 415/677-9445 |
| 5 | |
| | Attorney for Defendant GUINDI N. GUINDI |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | [PROPOSED] **ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| GUINDI N. GUINDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

SO that Guindi Guindi may attend to business matters,

IT IS HERBY ORDERED THAT:

Guindi may travel to Los Angeles on Thursday, July 20, 2006, accompanied by Al Stone. Further, Guindi may travel to Los Angeles one day during the week of July 23, 2006, accompanied by Al Stone. Guindi is to provide pretrial with his specific itinerary.

IT IS SO STIPULATED.

Date: July 19, 2006                                              /S/
                                                                  Christopher J. Cannon
                                                                  Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

| | |
|---|---|
| Date: July 21, 2006 | _____/S/_____ <br> Michael Wang <br> Assistant United States Attorney |

SO ORDERED.

Date: 7/24/06

_____
The Honorable Nandor Vadas
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

2 of 2