1   CHRISTOPHER J. CANNON, State Bar No. 88034
    Sugarman & Cannon
2   44 Montgomery Street, Suite 2080
    San Francisco, CA  94104-6702
3   Telephone: 415/362-6252
4   Facsimile: 415/677-9445

5

6       Attorney for Defendant GUINDI N. GUINDI

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          )    No. CR 05-00655-JSW
                                      )
12          Plaintiff,                )
                                      )    **STIPULATION AND**
13                                    )    **[PROPOSED] ORDER TO**
                                      )    **CONTINUE** ~~PRETRIAL~~
14      v.                            )
                                      )    TRIAL SETTING/STATUS
15  GUINDI N. GUINDI,                 )
                                      )
16          Defendant.                )
                                      )
17                                    )
                                      )
18  _____ )

19          As we have previously informed the Court, Guindi Guindi has been extremely ill

20  and had been unable to assemble business records which are important to his defense.  We

21
22  have previously submitted to the Court a letter from Takan Dural, M.D. which states that

23  Guindi suffers from "severe acute pancreatitits.  The severity of Mr. Guindi's condition is

24  fatal over 50% of the times and requires rest and consistent follow-up for months."  For

25
26  several months, Guindi's medical condition prevented significant additional trial

27  preparation because Guindi has been unavailable to assemble records and consult with

28  counsel.  Guindi's heath continues to improve and his doctors have given him permission

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL  TRIAL SETTING/STATUS
No. CR 05-00655-JSW

to again begin preparing his defense, and that process has now begun.  Over the last six weeks Guindi has devoted considerable effort toward pretrial preparation, primarily meeting with counsel and searching for documents relating to the financing of NetCap. Unfortunately, Guindi has not been able to locate a complete set of NetCap documents. Counsel for both sides, however, hope those documents may be located on a hard drive that was obtained by opposing counsel in civil litigation.[1]  That drive has been obtained by the government and the government is in the process of duplicating that drive so that it may be turned over to defense counsel for review.

Barring additional health setbacks, we hope that in the next six weeks, the government will be able to duplicate that drive, and turn it over to Guindi's counsel for his review so that pretrial preparation may continue.  In the meantime the defense will continue attempting to locate and interview witness whom we have identified to date.

///

///

///

///

///

///

_____

[1] The drive was obtained to assist in that litigation, but was obtained outside of the civil discovery process.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL  TRIAL SETTING/STATUS
No. CR 05-00655-JSW

1    Accordingly, due to the illness of Guindi Guindi and the need for the government to

2   duplicate and turn over to the defense a computer hard drive for the defense to review, it is

3   stipulated and agreed by and between the undersigned parties to continue the pretrial

4
5   presently scheduled for August 17, 2006 to September, 28, 2006.  The parties agree that

6   time from August 17, 2006 until September 28, 2006 will be excluded from calculation of

7   time limits under Speedy Trial Act under 18 U.S.C. §§ 3161(h)(3)(A) and (h)(8)(A).

8

9

10    IT IS SO STIPULATED.

11

12

13  Date: August 16, 2006                    _____/S/_____
                                             Christopher J. Cannon
14                                           Counsel for Guindi Guindi

15

16  Date: August 16, 2006                    _____/S/_____
17                                           Michael Wang
18                                           Assistant United States Attorney

19

20

21    SO ORDERED.

22

23

24  Date: August 16, 2006                    _____
25                                           The Honorable Jeffrey S. White
26                                           United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL TRIAL SETTING/STATUS
No. CR 05-00655-JSW