CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

FILED
AUG 30 2006
...KING
...RICT COURT
NO... ...TRICT OF CALIFORNIA
SAN JOSE

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL |
| v. | ) | |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

SO that Guindi Guindi may attend to business matters,

IT IS HERBY ORDERED THAT:

Guindi may travel to Los Angeles on Thursday, August 31, 2006 accompanied by Al Stone. Guindi is to provide pretrial with his specific itinerary.

IT IS SO STIPULATED.

Date: August 29, 2006

/S/
Christopher J. Cannon
Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

Date: August 29, 2006

/S/
Michael Wang
Assistant United States Attorney

SO ORDERED.

Date: 8/30/06

The Honorable Nandor J. Vadas
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW