CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00655-JSW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | [PROPOSED] **ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| GUINDI N. GUINDI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

SO that Guindi Guindi may attend to business matters,

IT IS HERBY ORDERED THAT:

Guindi may travel to Los Angeles from Houston in the evening of September 5, 2006, attend meetings with Al Stone, Wednesday and Thursday September 6th and 7th and return to Houston Friday September 8, 2006 at approximately noon. Guindi is to provide pretrial with his specific itinerary.

IT IS SO STIPULATED.

Date: September 4, 2006                                     /S/
                                                    Christopher J. Cannon

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

|   |   |
|---|---|
|   | Counsel for Guindi Guindi |
| Date: September 5, 2006 | /s/<br>Michael Wang<br>Assistant United States Attorney |
| SO ORDERED. |   |
| Date: 9/6/06 | /s/<br>The Honorable Nandor J. Vadas<br>United States Magistrate Judge |

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW