CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL TRIAL SETTING** |
| v. | ) | |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

    On September 14, 2006, the U.S. Attorney provided the defense with discovery discs containing data from four computers located at the defendant's former office space which he occupied during the period of time in which alleged acts giving rise to the charges in the indictment occurred. The discs contain images of the hard drives and zip drive from those computers. The defense has been unable to view the contents of the discovery in the format that it was provided. To solve this problem, the government has agreed to provide the defense with this discovery in its native format on an external hard drive (or hard drives if required). The defense has agreed to provide the government with the external hardware, which will be done as soon as information is obtained from the

forensic examiner regarding the size and number of hard drives required. The examiner is unfortunately unavailable until the first week of October.

Due to the agreed upon importance of resolving these discovery issues, it is stipulated and agreed by and between the undersigned parties to continue the pretrial presently scheduled for September 28, 2006 to December 7, 2006. The parties agree that time from September 28, 2006 until December 7, 2006 will be excluded from calculation of time limits under Speedy Trial Act under 18 U.S.C. §§ 3161 (h)(3)(A) and (h)(8)(A).

IT IS SO STIPULATED.

Date: 9/27/06

/S/
Christopher J. Cannon
Counsel for Guindi Guindi

Date: 9/27/06

Michael Wang
Assistant United States Attorney

SO ORDERED.

Date: September 27, 2006

The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL TRIAL SETTING
No. CR 05-00655-JSW