CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00655-JSW |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| v. | ) [PROPOSED] ORDER |
| GUINDI N. GUINDI, | ) ALLOWING TRAVEL |
| Defendant. | ) |

SO that Guindi Guindi may attend to business matters,

IT IS HERBY ORDERED THAT:

Guindi may travel within the United States from October 2006 through January 31, 2006 for the limited purpose of attending to business matters in connection with the production of a television show by his employer, 10+ Entertainment.

Guindi must obtain approval from pretrial before each trip.

IT IS SO STIPULATED.

Date: October 17, 2006

Christopher J. Cannon
Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

1
2
3  Date: October 17, 2006

_[signature]_
Michael Wang
Assistant United States Attorney

4
5
6
7  SO ORDERED.
8
9
10
11 Date: 10/23/06

_[signature]_
The Honorable Nandor J. Vadas
United States Magistrate Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW