CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION** |
| v. | ) | |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 22, 2007, counsel for Guindi filed a motion to depose a foreign witness. To date, defense counsel has been unable to obtain a signed declaration from that witness stating that the witness would appear in a third country and agree to testify.  Accordingly, the defense would like to withdraw, without prejudice, the motion to depose the foreign witness, subject to renewal in the event the witness provides a signed copy of his declaration.  Accordingly, the government will not file a response to the motion.  The date presently set for hearing on that motion, March 8, 2007, will remain on calendar to set future dates.

The parties agree that time from January 22, 2007 until March 8, 2007 will be excluded from calculation of time limits under Speedy Trial Act under 18 U.S.C. §§ 3161 (h)(3)(A) and (h)(8)(A).

IT IS SO STIPULATED.

Date: 2/20/07                                                                                 /S/
                                                                                   Christopher J. Cannon
                                                                                   Counsel for Guindi Guindi


Date: 2/20/07                                                                                 /s/
                                                                                   Michael Wang
                                                                                   Assistant United States Attorney


SO ORDERED.


Date: February 21, 2007                                        _____/s/ Jeffrey S. White_____
                                                                                   The Honorable Jeffrey S. White
                                                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION
No. CR 05-00655-JSW