1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
3  Telephone: 415/362-6252
4  Facsimile: 415/677-9445

5  Attorney for Defendant GUINDI N. GUINDI

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA       )    No. CR 05-00655-JSW
                                  )
10                                )
       Plaintiff,                 )    **STIPULATION AND
11                                )    [PROPOSED] ORDER
                                  )    ALLOWING TRAVEL**
12     v.                         )
                                  )
13 GUINDI N. GUINDI,              )
                                  )
14                                )
       Defendant.                 )
15                                )
                                  )
16 _____)

17 So that Guindi Guindi may attend to business matters,

18 IT IS HEREBY ORDERED THAT:
19
20     Guindi may travel within the United States from January 21, 2007 through April 31,

21 2007 for the limited purpose of attending to business matters in connection with the

22 production of a television show by this employer, 10+ Entertainment.
23
       Guindi is to provide pretrial with his specific itinerary.
24
25
       IT IS SO STIPULATED.
26

27 Date: February 20, 2007                          _____/S/_____
                                                    Christopher J. Cannon
28                                                  Counsel for Guindi Guindi

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

Date: February 20, 2007                              /S/
                                            Michael Wang
                                            Assistant United States Attorney

SO ORDERED.

Date:   March 7, 2007                                              For Judge Vadas
                                            The Honorable N. Vadas Joseph C. Spero
                                            United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW