```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
       450 Golden Gate Avenue Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6767
7
   Attorneys for Plaintiff
8

9

10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,     )   No. CR 05–00655 JSW
15                                )
           Plaintiff,              )
16                                )
                                  )
17      v.                         )
                                  )   [PROPOSED] ORDER FOR SPEEDY TRIAL
18                                )   EXCLUSION
   GUINDI N. GUINDI,              )
19                                )
           Defendant.              )
20                                )
                                  )
21

22      On April 5, 2007, the Court held a status hearing on this matter. Having

23  considered arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED

24  that:

25      1.    The parties shall appear on October 18, 2007, at 2:30 p.m. for a status

26  hearing.

27      2.    The parties have previously stipulated—and the Court has found—that this

28  matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because of the
```

[PROPOSED] ORDER
CR 05–00655 JSW                    1

nature of the prosecution. Specifically, the Indictment alleges a complex scheme to defraud investors, and the government has produced more than 7,500 pages of discovery in connection with the prosecution. On the stipulation of the parties in open court, the Court hereby makes a continued finding that the matter is complex, and that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial without the requested exclusion. The Court further finds that the interests of justice would best be served by excluding time under the Speedy Trial Act through October 18, 2007, and specifically finds that the interests of justice outweigh the interests of either the defendant or the public in a speedy trial.

3. In the hearing of April 5, 2007, and in a written opinion issued the same day, the Court ordered the deposition of prospective defense witness Badur Bin Laden, pursuant to Rule 15 of the Federal Rules of Criminal Procedure. The parties will require time to work out the logistics of locating a suitable deposition venue in a foreign nation, and the parties specifically agree and stipulate that until the deposition logistics are arranged, Mr. Bin Laden is an "unavailable" witness within the meaning of 18 U.S.C. § 3161(h)(3)(A). Accordingly, the Court finds that pursuant to § 3161(h)(3)(A), the delay resulting from the unavailability of Mr. Bin Laden is excludable time.

5. Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(3)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv), the Court orders that all time from April 5, 2007, through October 18, 2007, shall be excluded in computing the time within which trial in this matter must commence.

IT IS SO ORDERED.

DATED: April 16, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE