JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorneys

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6767

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05–00655 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR SPEEDY TRIAL EXCLUSION |
| GUINDI N. GUINDI, | |
| Defendant. | |

On June 6, 2008, the Court held a status hearing on this matter. Based upon the stipulation and agreement of all parties, and good cause appearing, IT IS HEREBY ORDERED that:

   1. The trial date of July 14, 2008, as well as the pretrial conference of June 9, 2008, are hereby vacated. Trial in this matter will be continued to January 12, 2009, with jury selection to occur on January 7, 2009. A pretrial hearing shall be held on December 15, 2008.

[PROPOSED] ORDER
CR 05–00655 JSW                          1

2.      The parties have previously stipulated—and the Court has found—that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because of the nature of the prosecution. Specifically, the Indictment alleges a complex scheme to defraud investors, and the government has produced more than 15,000 pages of discovery in connection with the prosecution. On the stipulation of the parties in open court, the Court hereby makes a continued finding that the matter is complex, and that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial without the requested exclusion.

3.      The parties further have stipulated that the defense requires additional time to prepare for trial. Newly-appointed defense counsel will require time to review the files and documents in this matter, as well as conduct investigation and otherwise prepare for trial. Accordingly, based on the parties' stipulation, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the Court hereby finds that failure to grant the continuance would unreasonably deny counsel for the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.      Based upon the foregoing, the Court finds that the interests of justice would best be served by excluding time under the Speedy Trial Act through January 12, 2009, and specifically finds that the interests of justice outweigh the interests of either the defendant or the public in a speedy trial.

5.      Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv), the Court orders that all time from June 6, 2008, through January 12, 2009, shall be excluded in computing the time within which trial in this matter must commence.

IT IS SO ORDERED.

DATED: June 12, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CR 05–00655 JSW                         2