UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-0655 JSW |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | ) | AS MODIFIED HEREIN |
| | ) | |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

On December 11, 2008, defendant Guindi N. Guindi entered a guilty plea to count two of the Indictment. Immediately following the entry of defendant's guilty plea, the government moved to modify the defendant's terms and conditions of release in order to insure defendant's presence at the March 19, 2009 sentencing. After considering the government's proffer and arguments made by the defense and good cause appearing, IT IS HEREBY ORDERED:

The terms and conditions of defendant's release as previously set forth in a December 5, 2005, order signed by Magistrate Judge Vadas, are hereby modified as follows:

1. The defendant's travel is restricted to the Southern District of Texas. Defendant shall not leave the Southern District of Texas without further order of this court, save and except the defendant may travel to the Northern District of California for the purpose of

ORDER
CR 05-655 JSW

1  meeting with his attorney, Martin Sabelli, Esq., attending court hearings in this matter, work
2  and any other function in the Northern District of California as approved in advance by
3  Pretrial Services.
4      2.    The defendant shall be placed on electronic monitoring under the supervision of
5  Pretrial Services. The defendant shall be confined to his residence in the Southern District of
6  Texas at all times except for work, religious observances, ~~and~~ medical appointment, ~~all as~~
7  ~~approved by Pretrial Services~~s. and meetings with his attorney, Martin Sabelli, Esq., all as approved by Pretrial Services.
8      3.    Pretrial Services in the Northern District of California is directed to coordinate
9  with Pretrial Services in the Southern District of Texas to arrange for electronic monitoring so
10 that his movements may be monitored by the Southern District of Texas. Pretrial Services in
11 the Northern District of California shall advise the defendant of a time and place to appear at
12 Pretrial Services at the Southern District of Texas, which meeting shall take place no later
13 than December 18, 2008.
14     4.    The Clerk of the Court shall serve a copy of this order on Pretrial Services for
15 the Northern District of California.
16     IT IS SO ORDERED.

18 DATED: December 12, 2008

                                          Honorable Jeffrey S. White
                                          United States District Judge

ORDER
CR 05-655 JSW

2