Martin Sabelli, State Bar No. 164772
Law Offices of Martin Sabelli
500 Liberty Street
San Francisco, CA 94114-2829
Telephone: (415) 298-8435

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 05-00655-JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **DISMISS AND TO** |
| | ) | **EXONERATE BOND** |
| GUINDI N. GUINDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On March 7, 2009, defendant Guindi Guindi passed away as reflected in Exhibit A (Certificate of Vital Record, Montgomery County, Texas).

Good cause being stipulated between the parties,

IT IS HERBY ORDERED THAT:

The pending action be dismissed and the bond posted as security be exonerated and

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
No. CR 05-00655-JSW

all monies and properties by re-conveyed to the guarantors.

IT IS SO STIPULATED.

Date: March 24, 2009 _____/s/_____
Martin Sabelli
Counsel for Guindi N. Guindi

Date: March 24, 2009 _____/s/_____
Peter Axelrod
Assistant United States Attorney

SO ORDERED.

Date: March 30, 2009 _____
The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
No. CR 05-00655-JSW